## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Donald Butler,

      Plaintiff,

v.

LeeAnn Chin's Cuisine, Shawn Murphy, and
James Doe,

      Defendants.

_____

Civil No. 07-cv-3317 (PJS/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    A.    Defendants' Motion to Enforce Settlement Agreement (Doc. No. 22) is **GRANTED**.

    B.    Plaintiff's Motion for Default Judgment and Enforcement of Settlement Agreement (Doc. No. 30) is **DENIED.**

    C.    This action is **DISMISSED WITH PREJUDICE AND IN ITS ENTIRETY.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 25, 2008

                s/Patrick J. Schiltz
                Patrick J. Schiltz
                United States District Judge